UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14027 ROSENBERG/MAYNARD

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)



UNITED STATES OF AMERICA

vs.

EUGENE JACQUES,
and
RODERICK ANTHONY BAKER,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about April 24, 2023, in Saint Lucie County, in the Southern District of Florida, the defendants,

**EUGENE JACQUES,
and
RODERICK ANTHONY BAKER,**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did take United States currency from the person and in the presence of a person employed by the Sunoco Gas Station, located at 3306 Orange Avenue, Fort Pierce, Florida, a business and company

operating in interstate commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 2
### Brandishing a Firearm During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about April 24, 2023, in Saint Lucie County, in the Southern District of Florida, the defendants,

**EUGENE JACQUES,**
and
**RODERICK ANTHONY BAKER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **EUGENE JACQUES and RODERICK ANTHONY BAKER**, have an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 1951, as alleged in this Indictment, the defendants, **EUGENE JACQUES and RODERICK ANTHONY BAKER**, shall forfeit to the United States any property, real or personal, which represents or is

2

traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of any violation of Title 18, United States Code, Section 924, as alleged in this Indictment, the defendants, **EUGENE JACQUES and RODERICK ANTHONY BAKER**, shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-CR-14027 ROSENBERG/MAYNARD

v.

Eugene Jacques, and
Roderick Anthony Baker
_____/
　　　　　　Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami　　☐ Key West　　☒ FTP
☐ FTL　　　☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　(Check only one)
   I　☒ 0 to 5 days　　　　　　　　☐ Petty
   II　☐ 6 to 10 days　　　　　　　☐ Minor
   III　☐ 11 to 20 days　　　　　　☐ Misdemeanor
   IV　☐ 21 to 60 days　　　　　　☒ Felony
   V　☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of 05/01/2023 (Baker); 05/04/2023 (Jacques)
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
MICHAEL D. PORTER
Assistant United States Attorney
FL Bar No. 0031149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RODERICK ANTHONY BAKER

**Case No**: 23-CR-14027 ROSENBERG/MAYNARD

Count #: 1

Hobbs Act Robbery, 18 U.S.C. § 1951(a)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000 / $100 Special Assessment

Count #: 2

Brandishing a Firearm during/in relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii)

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 7 years, to be served consecutive to any other sentence imposed
* Max. Supervised Release: 5 years
* Max. Fine: $250,000 / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: EUGENE JACQUES

Case No: 23-CR-14027 ROSENBERG/MAYNARD

Count #: 1

Hobbs Act Robbery, 18 U.S.C. § 1951(a)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000 / $100 Special Assessment

Count #: 2

Brandishing a Firearm during/in relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii)

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 7 years, to be served consecutive to any other sentence imposed
* Max. Supervised Release: 5 years
* Max. Fine: $250,000 / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.